**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.     Case No. 3:06-MJ-1289-J-HTS

STEPHEN LEWIS
  a/k/a William Cross
  a/k/a Ian Lloyd Levy

_____

**O R D E R**

    This cause came before the Court on November 15, 2006, for a Waiver of Indictment/Change of Plea hearing.  Defendant appeared before the Court with counsel and waived his right to be indicted within thirty days of his arrest, under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, as stated in the Waiver of Right to Speedy Indictment filed in open court.  In that regard, the Court made inquiry of Defendant, under oath, and based thereon, finds Defendant knowingly, intentionally, voluntarily, and freely waived his right under the Speedy Trial Act to be indicted within thirty days of his arrest.

    Defendant indicated additional time is needed to provide him an opportunity to determine whether the Department of Homeland Security is willing to permit him to apply for an adjustment of his status rather than being deported.  Defendant's counsel stated that

if Mr. Lewis is automatically deported following a guilty plea, it would be much more difficult for him to lawfully re-enter the United States in the future.  In addition, having considered the factors identified in 18 U.S.C. § 3161(h)(8)(B), the Court concludes in light of the reasons stated at the hearing "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).  Therefore, all time waived by Defendant shall be considered as excludable time within the terms of 18 U.S.C.  § 3161(h)(8)(A).

      **DONE AND ORDERED** at Jacksonville, Florida, this 15th day of November, 2006.

      /s/   Howard T. Snyder  
      HOWARD T. SNYDER  
      United States Magistrate Judge

Copies furnished to:  
U.S. Attorney (Pashayan)  
J. Craig Williams, Esquire  
Defendant